IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
SEP 03 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CRIMINAL NO. 3:15-mj-3099-DGW |
| WALLACE B. CARSON, | ) | Title 18, United States Code, Sections 922(g)(1), 924(c)(1)(A)(ii) and 1951(a). |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, Federal Bureau of Investigation Special Agent Matthew J. Federhofer, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

#### INTERFERENCE WITH COMMERCE BY ROBBERY

On or about September 2, 2015, in St. Clair County, within the Southern District of Illinois,

**WALLACE B. CARSON,**

defendant herein, did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendant, **WALLACE B. CARSON**, did unlawfully take and obtain property, namely United States Currency, belonging to Walgreens, from the presence of an employee of Walgreens against her will by means of actual and threatened force, violence and fear of injury, immediate and future, to her person, by brandishing a firearm.

At all times material to this Indictment, Walgreens, located at 2510 State Street, East St. Louis, Illinois, was engaged in the retail sale of food and beverages, in interstate commerce and an industry which affects interstate commerce;

all in violation of Title 18, United States Code, Section 1951(a).

## COUNT 2

### BRANDISHING A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE

On or about September 2, 2015, in St. Clair County, in the Southern District of Illinois,

**WALLACE B. CARSON,**

defendant herein, did knowingly brandish a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States – that is, Interference with Commerce by Robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count 1 of this Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 3

### UNLAWFUL POSSESSION OF A FIREARM BY A PREVIOUSLY CONVICTED FELON

On or about September 2, 2015, in St. Clair County, within the Southern District of Illinois,

**WALLACE B. CARSON,**

defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, namely: Robbery Second Degree, on or about March 19, 1993, in Cause Number 9210003264, in the Twenty-Second Judicial Circuit Court, St. Louis, Missouri,

did knowingly possess, in or affecting commerce, a firearm, to wit: a Bersa, Model Thunder, .380 caliber semi-automatic pistol, bearing serial number 879466; all in violation of Title 18, United States Code, Section 922(g)(1).

## AFFIDAVIT

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

1.  I am a Special Agent (S/A) with the Federal Bureau of Investigation (FBI), and have been so employed for 19 years, and as such, is vested with the authority to investigate violations of Federal laws, including Titles 18 and 21 of the United States Code. My law enforcement and legal training consists of my completion of the St. Louis Metropolitan Police Academy in 1991, and my position as a patrol officer for approximately five years for the City of St. Louis and Brentwood, Missouri municipality. In 1996, I graduated from the FBI academy. My duties have included participating in investigations involving narcotics, white collar crime, public corruption, domestic and international terrorism as well as violent crime. I am currently assigned to the Springfield Division of the FBI, Fairview Heights, Illinois Resident Agency and have primary investigative responsibilities for violent and drug crimes occurring in the Southern District of Illinois.

2.  On September 2, 2015, at approximately 9:13 a.m., an adult black male with a grayish beard, approximately 50 years old, wearing a black leather cap, a gray polo shirt, and gray pants entered the Walgreens located at 2510 State Street, East St. Louis, Illinois, within the Southern District of Illinois.

3. After he entered the Walgreens, the black male, later identified as Wallace B. **CARSON**, removed a drink from the cooler and got in the checkout line behind a female customer making a purchase. As the female customer handed the Walgreens checkout clerk, identified herein as B.D., a $20 bill, B.D. opened the teller drawer. After B.D. opened the teller drawer, **CARSON** brandished a black semi-automatic handgun and demanded money from the teller drawer. He then reached across the Walgreens teller counter and took United States currency in denominations of $1, $5, and $10 directly from the teller drawer, as well as the $20 bill that the female customer handed to B.D. While taking the money from the teller drawer, **CARSON** dropped several $1 bills on the ground behind the teller counter.

4. In a subsequent interview, B.D. stated that she was afraid for her safety, and not knowing what to do, backed away from the Walgreens teller counter and open teller drawer when she saw the black semi-automatic handgun. The female customer in line in front of **CARSON** likewise backed away from the teller counter when she saw the semi-automatic handgun, and then exited the Walgreens through the customer entrance and exit door.

5. After removing the money from the Walgreens teller drawer, **CARSON** placed the money into his pants pocket, and exited the Walgreens through the customer entrance and exit door. After exiting the Walgreens, **CARSON** got on a bicycle and fled the area. Employees of Walgreens contacted local law enforcement to report the robbery after it occurred.

6. A man, herein identified as L.G., entered the Walgreens shortly after **CARSON** left. When B.D. told L.G. that the Walgreens had just been robbed, L.G. exited the store to follow **CARSON**. L.G. followed **CARSON** in L.G.'s vehicle as **CARSON** fled the area on his

bicycle. As **CARSON** headed northwards from the intersection of 2900 Ohio Avenue in East St. Louis, L.G. was able to flag down responding East St. Louis Police Department officers and indicate **CARSON's** direction of travel.

7.      Responding officers attempted to stop **CARSON** near the corner of 29th and Renshaw in East St. Louis. As the officers approached **CARSON**, **CARSON** pulled a black semi-automatic handgun from his waistband. One of the two responding officers fired one round from his service handgun before **CARSON** dropped the black semi-automatic handgun. No one was struck or injured by the discharged handgun, and **CARSON** was placed into custody by the East St. Louis Police Department.

8.      After **CARSON** was taken into custody, officers transported **CARSON** back to Walgreens where they conducted a show-up identification in which B.D. positively identified **CARSON** as the man that had just robbed the Walgreens.

9.      After his arrest, the East St. Louis Police Department fully identified **CARSON** as WALLACE B. **CARSON**, date of birth of 08/17/1967. The black semi-automatic handgun that was on **CARSON's** person was identified as a Bersa, Model Thunder, .380 caliber semi-automatic pistol, bearing serial number 879466, which appeared to be tampered with in an attempt to obliterate the serial number. The handgun had one live round in the chamber and a loaded magazine with 15 live rounds. A law enforcement database query identified the handgun as being reported stolen out of Cahokia, Illinois in 2013. Bersa is an Argentina firearms manufacturer, therefore, it is my belief that the Bersa, Model Thunder, .380 caliber semi-automatic pistol, bearing serial number 879466, was not manufactured in Illinois, and therefore

would have had to affect interstate and foreign commerce to have been present in Illinois on September 2, 2015.

10.     **CARSON** had $354.06 in United States currency and coin, a glass pipe, and a cigar on his person when he was arrested. Based on the time between the robbery and arrest, it is obvious that this $354.06 are proceeds from the robbery of the Walgreens. As a result of the robbery on September 2, 2015, Walgreens suffered a reported loss of $399.65. This loss consisted of money Walgreens received from the sale of goods that had moved in and were part of commerce as that term is defined in Title 18, United States Code, Section 1951.

11.     The investigation revealed that **CARSON** had a prior felony conviction for Robbery Second Degree, on or about March 19, 1993, in Cause Number 9210003264, in the Twenty-Second Judicial Circuit Court, St. Louis, Missouri.

12.     Later that night, FBI Special Agent Daniel Cook and East St. Louis Police Department Detective Jason Hicks interviewed **CARSON** who agreed to provide a voluntary statement. The interview was videotaped. **CARSON** admitted being addicted to crack cocaine, stating that he used crack cocaine and drank alcohol before robbing the Walgreens on September 2, 2015. Before proceeding further with the videotaped interview, Special Agent Cook ensured that **CARSON** was not still under the influence of any drugs and that he fully understood what was going on. **CARSON** admitted robbing the Walgreens in East St. Louis, Illinois, within the Southern District of Illinois. **CARSON** stated that he was in the check-out line and when the Walgreens employee operating the cash register opened it while checking out another customer, he pulled a semi-automatic handgun from his pants, told the employee he wanted all the money from the cash register, and then reached into the cash register and took

money from the cash register.  **CARSON** said that he put the money in his left front pants pocket and then left.

13.    **CARSON** said that, when he left Walgreens, he rode off on his bicycle and that shortly afterwards, he was stopped by East St. Louis police officers.  **CARSON** said that, when he was stopped by the officers, he "surrendered" by reaching into his waistband, removing the handgun, and putting it on the ground.  **CARSON** said that, while he was putting the handgun on the ground, one of the officers fired at him, but that he was not struck by the bullet or sustained any injuries.  **CARSON** said he "found" the Bersa semi-automatic handgun that same day in Jones Park in East St. Louis, Illinois.  He denied stealing or having knowledge that the handgun was stolen.  Finally, **CARSON** said he "screwed-up" and was "sorry" for what he did.

14.    At all times on September 2, 2015, the Walgreens in East St. Louis, Illinois, that was robbed by **CARSON**, was engaged in the retail sale of goods, including food, beverages, and prescription medicines, in interstate commerce, and engaged in an industry which affects interstate commerce.  For example, all or some of the goods, including the prescription medicines, would have to cross state lines in order for Walgreens to stock and sell these particular goods.

15.    **CARSON** unlawfully obstructed, delayed and affected commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that **CARSON**, brandishing a firearm, unlawfully took and obtained money belonging to Walgreens from B.D. against her will by means of threatened force, violence, or fear of injury to her person.  As B.D. said in her statement to law enforcement officers, when **CARSON** brandished the gun, she was afraid for

her safety, and therefore backed away from the teller drawer.

16.  Interference with Commerce by Robbery is a crime of violence, as that term is defined in Title 18, United States Code, Section 924(e)(2)(B). **CARSON** brandished a firearm during the commission of the offense of Interference with Commerce by Robbery on September 2, 2015.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Special Agent Matthew Federhofer
Federal Bureau of Investigation

State of Illinois        )
                         ) SS
County of St. Clair      )

Sworn to before me and subscribed in my presence on the 3rd day of September, 2015, at East St. Louis, Illinois.

_____
DONALD G. WILKERSON
United State Magistrate Judge

STEPHEN R. WIGGINTON
United States Attorney

_____
ANGELA SCOTT
Assistant United States Attorney